## Owen Gaffney and Tom O'Connell, Conservator of Estate of Owen Gaffney, Appellants, v. Robert E. Harmon, Appellee.

### Gen. No. 9,745.

Edward J. Flynn and Harry G. Story, for appellants; Hugh Green, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full. Opinion filed March 7, 1951; released for publication April 3, 1951.

## Leroy Gauthier, Appellee, v. Faries Lamp Works, Inc., Appellant.

### Gen. No. 9,722.

Louis L. Mason, for appellant; Weilepp & Wilson, for appellee; John W. Dyar, of counsel. Opinion by JUSTICE DADY. Not to be published in full. Opinion filed March 7, 1951; released for publication April 3, 1951.